■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWIN PEDRAJA, Appellant. [852 NYS2d 761]

Defendant concedes that he qualifies as a level two sex offender, based on 80 uncontested points in the risk assessment instrument. The court properly declined to rule on the 10 contested points, since no such ruling was necessary to its determination (cf. *People v Graham*, 35 AD3d 299 [2006], *lv denied* 8 NY3d 808 [2007]). Concur—Tom, J.P., Buckley, Sweeny and Moskowitz, JJ.